## JOHNSON *vs.* THE STATE OF GEORGIA.

After suspension of sentence and several continuances thereof to allow time to prepare a motion for a new trial, on the day to which the cause was last continued, the recognizance of defendant was forfeited. Afterwards, during the term, defendant came in and was sentenced. Thereupon the following motion was made: "And now comes the defendant and moves the court to set aside the forfeiture of the bond given by defendant in said case on the following grounds, to-wit: Because after the verdict of guilty in said case, defendant's counsel prepared a motion for a new trial, and defendant has been in attendance on said court several times ready to respond to and abide any order or judgment of the court on the disposition of said motion for a new trial except on the 21st day of January, 1879, when defendant was sick in bed and unable to attend court, and on which day the bond in said case was forfeited," which was overruled, and defendant excepted.

*Held,* 1. That the judgment overruling the motion to set aside the judgment forfeiting the recognizance is the only judgment excepted to and for consideration in this court, and not the refusal to hear the motion for a new trial. *Moreland vs. Stephens,* decided this term.

2. That *scire facias* may never issue upon the judgment *nisi* to forfeit the recognizance, as the party appeared and was sentenced, and

that appearance and sentence would be a complete reply thereto should it be issued, so far as respects the final forfeiture of the recognizance; and in respect to the costs, if the payment thereof can be avoided by showing that defendant was prevented from attending by sickness, the time for making the showing is when some motion is made, or other proceeding is had, to charge him with the costs.

JACKSON, Justice.